# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| James E. Onley, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 24 C 50329 |
| v. ) | |
| ) | Hon. Margaret J. Schneider |
| Speedee Courier Service, et al., ) | |
| ) | |
| Defendants. ) | |

## **REPORT AND RECOMMENDATION**

On August 6, 2024, Plaintiff filed a motion to proceed without prepaying the Court's filing fee [4]. On August 19, 2024, the Court entered an order directing Plaintiff to file a supplement to his motion by September 10, 2024, identifying "the total amount of money he received in the last 12 months from his pension and SSI; any money he has in cash or in a checking or savings account; and whether he owns his home and its approximate value" [5]. The Court's order was mailed to Plaintiff's home address. After receiving no supplement as directed, on September 18, 2024, the Court entered an order extending the time to October 1, 2024, for Plaintiff to submit the supplemental information or pay the Court's $405 filing fee, and also providing Plaintiff with available resources to assist pro se litigants [7]. The Court's order was mailed to Plaintiff's home address. On October 25, 2024, after again receiving no response from Plaintiff, the Court granted Plaintiff until November 7, 2024, to supplement his application or pay the Court's $405 filing fee [8]. In that order, Plaintiff was warned that a failure to supplement his motion or pay the filing fee by November 7, 2024, could result in a report and recommendation to the District Court for dismissal of this action with prejudice for failure to prosecute. *Id*. The Court's order was mailed to Plaintiff's home address. No mail has been returned "undeliverable" on this docket. Plaintiff has failed to comply with the Court's orders to supplement his motion to proceed without prepaying the Court's filing fee or pay the filing fee in this action. For these reasons, it is the Court's Report and Recommendation that this case be dismissed for want of prosecution. Fed. R. Civ. P. 41(b). Any objection to this Report and Recommendation must be filed by December 3, 2024. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260–61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Plaintiff's home address, as reflected on the docket.

Date: November 15, 2024             ENTER:

_Margaret J. Schneider_
United States Magistrate Judge