IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| James E. Onley, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> Speedee Courier Service, et al., ) <br> ) <br> Defendants. ) | Case No. 24 CV 50329 <br><br> Hon. Iain D. Johnston |

### ORDER ADOPTING REPORT AND RECOMMENDATION

On 11/15/2024 Judge Schneider entered a Report and Recommendation that this case be dismissed for want of prosecution. Dkt. 9. Her recommendation is based on the fact that the plaintiff never responded to her order directing him to supplement his motion for leave to proceed ifp, either by the original deadline or by two extensions she gave him sua sponte, the last extension accompanied by a warning that failing to respond would result in dismissal for failure to prosecute. Judge Schneider gave the plaintiff to 12/3/2024 to object, but he never did. None of the orders mailed to him have been returned as undeliverable. In the absence of any objection or any other communication from the plaintiff in response to Judge Schneider's orders, this Court accepts the Report and Recommendation [9], and dismisses this case for want of prosecution under Fed. R. Civ. P. 41(b). His motion for leave to proceed ifp [4] is denied as moot. Civil case terminated.

Date: December 13, 2024

_____
Iain D. Johnston
United States District Judge